(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

| | FILED BY ___*PG*___ D.C. |

**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

MAR 2 8 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case Number: *13 - 80201 - UNGARO*

_____*MICHAEL STAPLETON*_____
(Enter the full name of the plaintiff in this action)

v.

_____*FRANCISCO QUINONES*_____

_____*ELIZEBETH L. CONNER*_____

_____*ANDREW C. BALDWIN*_____

_____*ROBERT M. VASQUEZ*_____

_____*HOMELAND SECURITY DEPARTMENT*_____
(Above, enter the full name of the defendant(s) in this action)

cat / dlv *SSO/1983/WPB*
Case # _____
Judge _____ Mag *REID*
Motn Ifp *NO* Fee pd $ *O*
Receipt # _____

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I.     Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A.     Name of plaintiff: _MICHAEL STAPLETON_

Inmate #: _17627-104_

Address: _PALM BEACH COUNTY JAIL_

_WEST PALM BEACH FL. 33406_

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B.     Defendant: _AGENT FRANCISCO QUINONES_

is employed as _SPECIAL AGENT_

at _HOMELAND SECURITY DEPARTMENT._

C.     Additional Defendants: _ELIZEBETH L CONNER_

_HOMELAND SECURITY DEPARTMENT._

_HOMELAND SECURITY DEPARTMENT_

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

ANDREW C. BALDWIN
ROBERT M. VASQUEZ
BORDER PATROL AGENTS

## II.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

1   MALICOUS PROSECUTION
2   DEFORMATION OF CHARACTER
3   WRONGFUL IMPRISONMENT
4   HARRASSMENT
5   FRAUD
6   FALSE ARREST
7   FALSIFIED AFFADAVIDS
8   VINDINTIVE PROSECUTION
9   CHARGING 3 CONSPIRACIES EXTENDING FROM (1) CONSPIRACY
10.  CHARGING ME WITH CRIMES THAT WAS INSTRUCTED TO DO BY AGENTS OF HOMELAND SECURITY

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## III.   Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

SEEKING   DAMAGES

LEGAL   FEES   ( IF   APPLICABLE)

LOST   OF   WAGES   COMPENSATION

PAIN   AND  SUFFERING   COMPENSATION

## IV.   Jury Demand

Do you demand a jury trial?  ☑Yes   ☐No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this _____18th_____ day of _____March_____, 20_19_

_____M. Appleton._____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: _____

_____
(Signature of Plaintiff)

Michael Stapleton
0504383
Palm Beach County Jail
P.O. Box 24716
W. Palm Beach County Jail
Fl 33416

To: United States District Court
Southern District of Florida
Office of the Clerk Room 8x109
400 North Miami Florida
Fl, 33128-7716

USMS INSPECTED

Legal Mail